UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
WINSTON LAWRENCE,

                         Plaintiff,                                 **NOTICE OF MOTION TO**
                                                                        **DISMISS THE COMPLAINT**
        - against -                                                **AND COMPEL ARBITRATION**

SOL G. ATLAS REALTY CO., INC., PETER FIDOS,       Case No. 14-cv-3616 (DRH)(GRB)
in his official and individual capacities, and
SANDRA ATLAS BASS, in her official and
individual capacities,

                          Defendants.
-------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that upon the Declaration of Jessica M. Baquet, dated August 8, 2014, with exhibits annexed thereto, and the accompanying Memorandum of Law, as well as all prior pleadings and proceedings had herein, the undersigned will move this Court pursuant to Fed. R. Civ. P. 12(b)(1) and (6) and the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, before the Honorable Denis R. Hurley, at the Long Island Federal Courthouse located at 100 Federal Plaza, Central Islip, New York 11722, at a date and time to be set by the Court, for an Order dismissing the Plaintiff's Complaint in its entirety and compelling the Plaintiff to arbitrate, together with such other and further relief as this Court deems just and proper.

Dated:  Garden City, New York
           August 8, 2014

                                                                   JASPAN SCHLESINGER LLP
                                                                   *Attorneys for Defendants*

                                            By:     /s/ JESSICA M. BAQUET, ESQ.
                                                         STANLEY A. CAMHI
                                                         JESSICA M. BAQUET
                                                         300 Garden City Plaza
                                                         Garden City, New York 11530
                                                         (516) 746-8000

TO:    Andrew S. Goodstadt, Esq.
        Goodstat Law Group, PLLC
        One Old Country Road, Suite 347
        Carle Place, New York 11514